UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA (Miami)
www.flsb.uscourts.gov

CASE NO.  18-21590-AJC

IN RE:

CHAPTER 13

ALFREDO LOPEZ,

Debtor.

_____/

## SNAP-ON CREDIT LLC'S OBJECTION TO DEBTOR'S MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY

COMES NOW SNAP-ON CREDIT LLC, by and through its undersigned attorney, and files this Objection to the Debtor's Motion to Value and Determine Secured Status of Lien on Personal Property (Doc. 40) and in support thereof states:

1.      SNAP-ON CREDIT LLC is a secured creditor of the Debtor by virtue of a purchase money security interest in tools and equipment owned by the Debtor.

2.      SNAP-ON CREDIT LLC filed a Proof of Claim in the amount of $3,528.97.  The Claim is fully secured as SNAP-ON CREDIT LLC believes that the value of the tools and equipment serving as its collateral equals or exceeds the amount of the indebtedness.

3.      The Debtor's 1st Chapter 13 Plan did not provide for payment to SNAP-ON CREDIT LLC. as a secured creditor. The Debtor's 1st Amended and 2nd Amended Plans provided for payment to SNAP-ON CREDIT LLC as a secured creditor for the full amount of its Claim without any interest.  The Debtor's 4th Amended Plan provides for payment of $1,500.00 plus interest at 5.25% with the balance of SNAP-ON CREDIT LLC'S Claim being treated as unsecured.

4.    SNAP-ON CREDIT LLC objects to the Debtor's valuation.  Based upon its resale records and trade publications, the value of SNAP-ON CREDIT LLC's collateral equals or exceeds $3,528.97.

5.    The value chosen by the Debtor is arbitrary and bears no relation to the replacement cost of the collateral.

WHEREFORE, SNAP-ON CREDIT LLC respectfully requests this Court for an Order determine that SNAP-ON CREDIT LLC's claim is fully secured and to require payment of same, plus interest at 7.5%, through the Plan.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copy of *Snap-On Credit LLC's Objection to Debtor's Motion to Value and Determine Secured Status of Lien on Personal Property* was furnished by electronic means via CM/ECF and/or U.S. mail on the _____ day of February, 2019 to the interested parties listed below.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

/s/ Bruce E. Bloch
BRUCE E. BLOCH, ESQ.
FBN: 650031
Sapurstein & Bloch, P.A.
Attorney for Snap-On Credit LLC
9700 South Dixie Highway, Suite 1000
Miami, FL  33156
Telephone:  (305) 670-9500
bbloch@sblawfirmfl.com
general@sblawfirmfl.com

**Alfredo Lopez**, Debtor

3030 N. W. 90th Street, Miami, FL 33147
**Robert Sanchez, Esq.**, Attorney for Debtor
**Nancy K. Neidich**, Trustee
**Office of the U.S. Trustee**

N:\DOC\SNAP-ON\555-VS. LOPEZ, ALFREDO\BKC-Objection to Mot Value.wpd