

**ORDERED in the Southern District of Florida on October 15, 2019.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Alfredo Lopez                                    Case No. 18-21590-AJC
                                                        Chapter 13

_____Debtor(s)_____/

### ORDER SUSTAINING IN PART AND OVERRULING IN PART DEBTOR'S OBJECTIONS TO CLAIMS OF CAVALRY SPV I, LLC AS ASSIGNEE OF BANK OF AMERICA/FIA CARD SERVICES, N.A., NCB MANAGEMENT SERVICES, INC., AND UNIFUND CCR

This matter having been considered without hearing upon the Debtor's Objection to Claim[s] of Cavalry SPV I, LLC as assignee of Bank of America/FIA Card Services, N.A., NCB Management Services, Inc., and Unifund CCR [DE # 81 ], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

**ORDERED** that Debtor's objection to the following claim is sustained:

| Claim No. | Claim holder |
|---|---|
| 1 | Cavalry SPV I, LLC as assignee of Bank of America/FIA Card Services, N.A. |

Disposition: This claim is stricken and disallowed in its entirety.

| Claim No. | Claim holder |
|---|---|
| 6 | NCB Management Services, Inc. |

Disposition: The claim was withdrawn by the Creditor at ECF#83, therefore the Debtor's objection to this particular claim is overruled as moot.

| Claim No. | Claim holder |
|---|---|
| 7 | Unifund CCR |

Disposition: This claim is stricken and disallowed in its entirety.

###

**Submitted by:**
**Robert Sanchez, P.A.,**
**355 W 49 ST,**
**Hialeah, FL 33012**
**(305) 687-8008**

Robert Sanchez, P.A shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).