

**ORDERED in the Southern District of Florida on January 3, 2022.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Alfredo Lopez                    Case No: 18-21590-AJC
                                          Chapter 13
_____Debtor_____/

### AGREED ORDER GRANTING IN PART DENYING IN PART AMENDED MOTION TO ALLOW DEBTOR TO INCUR NEW DEBT AND TO PAYOFF CHAPTER 13 BANKRUPTCY EARLY

**THIS MATTER** came on to be heard on December 21, 2021, on the Court's consent calendar on the Debtor's Motion to Allow Debtor to Incur New Debt and to Payoff Chapter 13 Bankruptcy Early [herein "Motion"; ECF #112], noting the agreement of the SBA through its counsel, and based on the record, it is

**ORDERED as follows:**

1. The Debtor's Motion is GRANTED IN PART AND DENIED IN PART pursuant to the terms as ordered herein.

2. The Debtor's Motion to Incur New Debt is GRANTED as the Debtor may incur the new debt as described in the Motion with the exception that the Debtor may not obtain or use the SBA loan proceeds to pay off his personal bankruptcy.
3. The Debtor may only use said proceeds as permitted per the terms of the SBA loan.
4. The Debtor's Motion to Pay Off the Chapter 13 Bankruptcy Early is DENIED without prejudice as the Debtor shall continue to pay under the last approved First Modified Plan which is not a 100% plan.

# # #

The Law Office of Jose A. Blanco, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.

This Order prepared by:
Jose A. Blanco, Esquire
102 East 49 Street,
Hialeah, FL 33013
(305) 349-3463