**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA – FORT LAUDERDALE DIVISION**

                                                                              CASE NO. 18-21590-PGH
                                                                              CHAPTER 13

**IN RE:**

**ALFREDO LOPEZ,**
        **Debtor(s)**
_____/

**NOTICE OF CHANGE OF ADDRESS OF ATTORNEY**

**PLEASE TAKE NOTICE** that Taji Foreman, Esq. hereby gives notice of change of address as follows:

                **1619 NW 136th Avenue, Suite D-220**
                      **Sunrise, Florida 33323**
                      **Phone: 954-382-3486**
                        **Fax: 954-382-5380**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A).

DATED this ____2nd____ day of ____February____, 2023.

                                          Respectfully Submitted,

                                          **Kahane & Associates, P.A.**
                                          **1619 NW 136th Avenue, Suite D-220**
                                          **Sunrise, Florida 33323**
                                          Telephone: (954) 382-3486
                                          Telefacsimile: (954) 382-5380

                                          By:_____
                                          ☐Marc G. Granger, Esq., Fla. Bar No.: 146870
                                          ☐Gregg S. Ahrens, Esq., Fla. Bar No.: 352837
                                          xTaji Foreman, Esq., Fla. Bar No.: 58606

File No.: 18-01768 JPC
V1.0

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed and/or mailed to all parties listed below this \_\_\_\_2nd\_\_\_ day of \_\_\_\_February\_\_ , 2023.

Alfredo Lopez
3030 NW 90th St
Miami, Florida 33147

Jose A Blanco, Esq.
Jose A. Blanco, P.A.
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013

Nancy K. Neidich, Trustee
POB 279806
Miramar, Florida 33027

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL  33130

Respectfully Submitted,

**Kahane & Associates, P.A.**
**1619 NW 136th Avenue, Suite D-220**
**Sunrise, Florida 33323**
Telephone:  (954) 382-3486
Telefacsimile: (954) 382-5380

By:_____
☐Marc G. Granger, Esq., Fla. Bar No.: 146870
☐Gregg S. Ahrens, Esq., Fla. Bar No.: 352837
xTaji Foreman, Esq., Fla. Bar No.: 58606

File No.: 18-01768 JPC
V1.0