UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                                  Case No.18-21590-PGH

ALFREDO LOPEZ,                                                              Chapter 13

           Debtor.

_____/

**UMB BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS LEGAL TITLE TRUSTEE FOR LVS TITLE TRUST VI'S
MOTION FOR THE ENTRY OF AN ORDER COMFIRMING NO STAY IS IN EFFECT AS TO DEBTOR AND CO-DEBTOR**
(Re: 2285 Southwest Plymouth Street, Port Saint Lucie, FL 34953)

    UMB Bank National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust VI ("Movant"), by and through undersigned counsel, files this *Motion for the Entry of an Order Confirming No Stay is in Effect as to Debtor and Co-Debtor*, and in support states as follows:

    1.       The Court has jurisdiction over this matter pursuant to 11 U.S.C. §362 and §1301, Rule 4001(a) of the Federal Rules of Bankruptcy Procedure, and the various other applicable provisions of the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the laws of the United States of America.

    2.       On September 20, 2018, Debtor filed a voluntary petition for relief pursuant to Chapter 13 of the United States Bankruptcy Code.

    3.       Debtor and non-filing Co-Debtor, Yanisleidy Garcia Hernandez, own certain real Property located at 2285 Southwest Plymouth Street, Port Saint Lucie, FL 34953 (the "Property"). Movant holds a security interest in the Property, by virtue of a Mortgage which is recorded in the Public Records of Saint Lucie County, Florida in Book 3933 at Page 1409. Said Mortgage secures a Note in the amount of $180,000.00.

    4.       According to the *First Modified Chapter 13 Plan* [D.E. No. 94] (the "Plan"), Debtor is treating the Property direct and outside the Plan. The Plan further provides that upon confirmation, the automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any Co-Debtor.

5. On September 30, 2020, the court entered the *Order Granting Debtor's Motion to Modify the Chapter 13 Plan* (the "Order"), which approves the *Plan and* provides as follows:

> If the Modified Plan does not provide for payments to a secured creditor, such creditor is granted *in rem* stay relief to pursue available state court remedies against any property of the debtor which secures the creditor's claim

<u>Order</u> [D.E. No. 98] at ¶5.

6. Movant submits that the Order [D.E. No. 98], provides Movant in rem stay relief. Pursuant to 11 U.S.C. §1322(c)(1), the Property is no longer property of the estate. As such and in an abundance of caution, Movant requests the entry of an Order confirming that the Automatic Stay is not in effect pursuant to 11 U.S.C. §1322(j).

7. In the alternative, if the Court were to determine that the stay was not lifted upon entry of the Confirmation Order, Movant requests the entry of an Order lifting the automatic stay pursuant to §362(d)(1) for cause, namely the lack of adequate protection to Movant for its security interest in the Property.

8. Movant respectfully requests that this matter be heard within thirty (30) days pursuant to the provisions of 11 U.S.C. §362(e), and further that the Court waive the provisions of Fed. R. Bankr. P. 3002.1 as to Secured Creditor and the Trustee.

**WHEREFORE**, Secured Creditor respectfully requests the entry of an order confirming the automatic stay is not in effect, and for such further relief as the Court may deem just and proper.

Respectfully Submitted:

Jennifer Laufgas, Bar No.: 56181
Attorney for Movant
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: jlaufgas@aldridgepite.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I caused a copy of the foregoing *Motion for Relief from the Automatic Stay and Co-Debtor Stay* to be served electronically or via U.S. Mail, first-class postage prepaid, to:

**DEBTOR ATTORNEY**
**(via electronic notice)**

Jose A Blanco
jose@blancopa.com

**DEBTOR**

Alfredo Lopez
3030 NW 90th Street
Miami, FL 33417-3448

**CO-DEBTOR**

Yanisleidy Garcia Hernandez
3030 NW 90th Street
Miami, FL 33417-3448

**TRUSTEE**
**(via electronic notice)**

Nancy K. Neidich
e2c8f01@ch13miami.com

**UNITED STATES TRUSTEE**
**(via electronic notice)**

Department of Justice
USTPRegion21.MM.ECF@usdoj.gov

Dated: March 10, 2023

/s/ *Jennifer Laufgas*
Jennifer Laufgas, Bar No.: 56181
Attorney for Movant
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: jlaufgas@aldridgepite.com