UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Alfredo Lopez,                                              Case No.: 18-21590-CLC

                                                             Chapter 13

    Debtor.
_____/

**TRUSTEE'S MOTION TO REDIRECT PAYMENT OF
SNAP-ON CREDIT, LLC
AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING**

Nancy K. Neidich, Standing Chapter 13 Trustee, files the instant *Motion to Redirect Payment of Snap-On Credit, LLC and Certificate of Service of Notice of Hearing* and states as follows:

1. The Confirmed Chapter 13 Plan lists payments to Snap-on Credit, LLC [ECF No. 94].

2. Snap-On Credit LLC has returned funds to the trustee. Attached as Exhibit "A" is the correspondence received by the Trustee from Snap-On Credit, LLC.

3. The Trustee seeks authorization to redirect any remaining payments designated to Snap-On Credit LLC to be paid pro-rata to general unsecured creditors, or, if none, to the Debtor(s).

**WHEREFORE**, the Trustee requests the Court enter an order allowing the Trustee to redirect all funds designated to Snap-On Credit LLC to be paid pro-rata to general unsecured creditors, or, if none, to the Debtor(s) and for any further relief the Court deems necessary.

Respectfully submitted:
NANCY K. NEIDICH,
Standing Chapter 13 Trustee

By: /s/ Kenia Molina
KENIA MOLINA
FLORIDA BAR NO: 0085156
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

Dated: 10/8/2024

## CERTIFICATION OF SERVICE

I certify that a true and correct copy of the foregoing was served on 10/8/24 via CM/ECF on Debtor(s) attorney and:

**By regular U.S. mail:**

Snap-On Credit LLC
950 Technology Way
Suite 301
Libertyville, IL 60048
(POC No. 3)

Snap-On Credit LLC
c/o C T Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

Resurgent Capital Services LP
55 Beattie Place
Suite 110 MS 526
Greenville, SC 29601

/s/ Kenia Molina
KENIA MOLINA, ESQ.



# Truist Lockbox Services

## Individual Batch Report

13DE Neidich, Nancy     2099     01/11/2024

Check No:  Acct No:  Amount:  Batch: 149 Transaction: 5 Image: 3

---

**WARNING: CHECK PRINTED IN BLUE AND RED PRISMATIC PANTOGRAPH ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.**

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
NANCY K. NEIDICH, TRUSTEE
P.O. BOX 278783
MIRAMAR, FL 33027

TRUIST    64-79/611    **0875817**

DATE: Dec 13, 2023

PAY Exactly One Hundred Four And 01/100 Dollars

$ ********104.01

VOID AFTER 90 DAYS

COPY

TO THE ORDER OF
SNAP-ON CREDIT LLC
950 TECHNOLOGY WAY, STE301
LIBERTYVILLE, IL 60048

*Nancy K. Neidich*
CHAPTER 13 TRUSTEE

⌐0 1 1 2⌐

Exhibit "A"



Truist Lockbox Services

Individual Batch Report

13DE Neidich, Nancy   2099   01/11/2024

Check No   012 Acct No:   45 Amount: $104.01 Batch: 149 Transaction: 5 Image: 1





# Truist Lockbox Services

## Individual Batch Report

13DE Neidich, Nancy     2099     01/11/2024

Check No:  Acct No:  Amount:  Batch: 149 Transaction: 5 Image: 2

| Resurgent Capital Services LP | | Payment Number | Check Date | Check Number |
|---|---|---|---|---|
| RFE1/2/24-211 **Nancy K. Neidich, Chapter 13 Trustee** | | P06-0392050 | Jan 3, 2024 | 247012 |

| Doc. Number | Description | Date | Outstanding | Net Paid | Net Amount |
|---|---|---|---|---|---|
| CR RFE 1/2/2024 | | 01/02/2024 | $ 104.01 | $ 104.01 | $ 104.01 |
| | TOTALS: | | $ 104.01 | $ 104.01 | $ 104.01 |



# Truist Lockbox Services

## Individual Batch Report

13DE Neidich, Nancy     2099     01/11/2024

Check No:   Acct No:   Amount:   Batch: 149   Transaction: 5   Image: 4





US POSTAGE ᴹᴬᴵᴸ PITNEY BOWES

ZIP 29601  $ 000.63⁰
02 4W
0000380732 JAN 08 2024

