**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | ALFREDO LOPEZ |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA MIAMI |
| Case number | 18-21590 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** JPMorgan Chase Bank, National Association

**Court claim no.** (if known): 13

**Date of payment change:**
Must be at least 21 days after date of this notice: 04/01/2025

**New total payment:**
Principal, interest, and escrow, if any $ 2118.18

**Last 4 digits** of any number you use to identify the debtor's account: 2 0 8 8

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 1339.59        New escrow payment: $ 1219.15

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   Current mortgage payment: $ _____        New mortgage payment: $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Esmeralda M Perez a.k.a Esmeralda Munoz
Signature

Date 02/11/2025

Print: Esmeralda M Perez a.k.a Esmeralda Munoz
      First Name    Middle Name    Last Name

Title: Authorized Officer

Company: JPMorgan Chase Bank, N.A.

Address: Chase Records Center Attn: Correspondence Mail
         Number            Street
         700 Kansas Lane, Mail Code LA4-5555
         Address 2
         Monroe                              LA       71203
         City                                State    ZIP Code

Contact phone 866-243-5851

Email: PCN_Escalations@chase.com

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA MIAMI

Chapter 13 No. 18-21590
Judge: CORALI LOPEZ-CASTRO

In re:

ALFREDO LOPEZ

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before February 14, 2025 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

**Debtor:**

By U.S. Postal Service First Class Mail Postage Prepaid

ALFREDO LOPEZ
3030 NW 90TH STREET

MIAMI FL 33147

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

**Debtor's Attorney:**

By U.S. Postal Service First Class Mail Postage Prepaid

JOSE A BLANCO
JOSE A BLANCO PA
102 E 49TH ST

HIALEAH FL 33013

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

**Trustee:**

By U.S. Postal Service First Class Mail Postage Prepaid

NANCY K NEIDICH
Trustee
POB 279806

MIRAMAR FL 33027

/s/Esmeralda M Perez a.k.a Esmeralda Munoz
Authorized Officer
JPMorgan Chase Bank, N.A.

# CHASE

700 Kansas Lane
LA4-6355
Monroe, LA 71203

00266 ECA  Z 00925 C -  BRE SSH SCP BS
ALFREDO LOPEZ
YANISLEIDY GARCIA
3030 NW 90TH ST
MIAMI, FL   33147

**Escrow account statement**

| | |
|---|---|
| **Account number** | |
| **Statement date** | 01/09/2025 |
| **Review period** | 04/2024 to 03/2025 |

**Property address**
3030 NW 90th St
Miami, FL  33147

**New monthly mortgage payment amount**
$2,118.18

**New payment effective date**
04/01/2025

## Your escrow shortage summary

Changes in monthly escrow balances are common and due to adjustments in your taxes or insurance. To help ensure you have enough funds in your escrow account to cover these important payments, we require a minimum balance of up to two months of escrow payments in your account.

- The lowest balance in your escrow account over the next 12 months is estimated to be **-$4,258.52** in January 2026.
- Minimum required balance means the minimum balance that must remain in your account at all times. Your minimum required balance is **$0.00**.
- The difference between your estimated low balance and your minimum required balance is the escrow shortage. However, if you are in Chapter 12 or 13, the amount of your escrow shortage may be impacted by a bankruptcy adjustment. A bankruptcy adjustment is an amount comprised of the escrow deficiency and projected escrow shortage. The escrow deficiency is that amount of taxes and insurance we paid on your behalf that remained unpaid as of the date you filed your bankruptcy case. The projected escrow shortage is the amount needed to fund escrow disbursements for the 12 months after you filed bankruptcy case. The escrow deficiency and projected escrow shortage are listed on the proof of claim filed in your bankruptcy case and will be collected through the bankruptcy plan. With the current bankruptcy adjustment of $2,982.47, you have an estimated post- petition shortage of **$1,276.05**.

Please note: repaying all of your shortage may still lead to a monthly payment increase from your current payment as we need to collect for future disbursements. The ability to repay some or all of the escrow shortage to reduce your payments is not available for accounts more than one post-petition payment past due.

## Monthly payment breakdown

| Monthly mortgage payment breakdown | Contractual payment amount | New post-petition amount |
|---|---|---|
| **Principal & interest** | $899.03 | $899.03 |
| **Escrow account deposit** | $1,050.89 | $1,112.81 |
| **Shortage amount** | $288.70 | $106.34 |
| **Total payment amount** | **$2,238.62** | **$2,118.18** |

**Important Message:** If you are currently in a bankruptcy case or you received a discharge in a bankruptcy case, then this escrow statement is for information only. The statement is designed to keep you informed on the status of your escrow account. It should not be interpreted or construed as a demand for payment or an attempt to collect, assess or recover all or part of a debt from you. If a Chapter 12 or 13 trustee is making your on-going post petition mortgage payments for you, then please give a copy of this statement to the trustee.

## Annual escrow breakdown

| Escrow expense breakdown | What was estimated to be paid | Change | What we expect to pay* |
|---|---|---|---|
| Homeowner's insurance | $6,671.00 | ↑ | $7,137.00 |
| Property tax | $5,939.63 | ↑ | $6,216.77 |

*These estimates are typically based on what we paid last year.

## Resource for you



**Contact Us**
**Customer Service**          **1-866-243-5851**
Monday-Friday                 8am - 6pm (ET)

## Your escrow account activity for the review period

The chart below shows what actually happened in your escrow account for the review period compared to what we estimated would happen. If an asterisk appears in the chart below, please refer to the note after the chart.

| | | | | Escrow Account Balance | |
|---|---|---|---|---|---|
| Month-Year | Activity | Estimated Activity | Actual Activity | Original Estimated Balance | ACTUAL Balance |
| | Starting Balance | | | $2,101.73 | -$8,936.02 |
| Apr-24 | Deposit | $1,050.89 | $1,315.70 * | $3,152.62 | -$7,620.32 |
| May-24 | Deposit | $1,050.89 | $1,697.86 * | $4,203.51 | -$5,922.46 |
| Jun-24 | Deposit | $1,050.89 | $358.27 * | $5,254.40 | -$5,564.19 |
| Jul-24 | Deposit | $1,050.89 | $1,697.86 * | $6,305.29 | -$3,866.33 |
| Aug-24 | Deposit | $1,050.89 | $1,697.86 * | $7,356.18 | -$2,168.47 |
| Sep-24 | Deposit | $1,050.89 | $358.27 * | $8,407.07 | -$1,810.20 |
| Oct-24 | Deposit | $1,050.89 | $1,697.86 * | $9,457.96 | -$112.34 |
| Nov-24 | Deposit | $1,050.89 | $1,697.86 * | | |
| Nov-24 | Withdrawal - MIAMI-DADE COUNTY | $5,939.63 | $6,216.77 * | $4,569.22 | -$4,631.25 |
| Nov-24 | Withdrawal - WRIGHT NATIONAL FLOOD | $656.00 | $713.00 * | $3,913.22 | -$5,344.25 |
| Dec-24 | Deposit | $1,050.89 | $1,697.86 * | $4,964.11 | -$3,646.39 |
| Jan-25 | Deposit | $1,050.89 | $5,358.36 E | | |
| Jan-25 | Withdrawal - ASSURANT RENEWAL LPI | $6,015.00 | $6,424.00 E | $0.00 | -$4,712.03 |
| Feb-25 | Deposit | $1,050.89 | $1,339.59 E | $1,050.89 | -$3,372.44 |
| Mar-25 | Deposit | $1,050.89 | $1,339.59 E | $2,101.78 | -$2,032.85 |
| | | Estimated Activity | Actual Activity | Original Estimated Balance | ACTUAL Balance |
| | Total Deposits | $12,610.68 | $20,256.94 | | |
| | Total Withdrawals | $12,610.63 | $13,353.77 | | |
| | Account Balance as of Mar-25 | | | | -$2,032.85 |

An "E" in the chart above means estimated post petition activity that hasn't occurred yet. Please note that any month impacted by an "E" (estimated) deposit, is showing an actual balance that assumes those estimated deposits have been received.

Note: changes in property taxes and/or insurance payments create the difference between the estimated and actual amounts in the chart. The reason(s) why the minimum required balance was not reached may be explained by the items with asterisks, which show the differences between the actual and estimated amounts.

## Your estimated escrow account activity over the next 12 months

| | | | Escrow Account Balance | |
|---|---|---|---|---|
| Month-Year | Activity | Estimated Activity | Estimated Balance | ACTUAL Balance |
| | Starting Balance | | | -$2,032.85 |
| Apr-25 | Deposit | $1,112.81 | -$920.04 | |
| May-25 | Deposit | $1,112.81 | $192.77 | |
| Jun-25 | Deposit | $1,112.81 | $1,305.58 | |
| Jul-25 | Deposit | $1,112.81 | $2,418.39 | |

**(Continued)**

## Your estimated escrow account activity over the next 12 months continued

| Month-Year | Activity | Estimated Activity | Escrow Account Balance | |
| --- | --- | --- | --- | --- |
| | | | Estimated Balance | ACTUAL Balance |
| Aug-25 | Deposit | $1,112.81 | $3,531.20 | |
| Sep-25 | Deposit | $1,112.81 | $4,644.01 | |
| Oct-25 | Deposit | $1,112.81 | $5,756.82 | |
| Nov-25 | Deposit | $1,112.81 | | |
| Nov-25 | Withdrawal - MIAMI-DADE COUNTY | $6,216.77 | $652.86 | |
| Nov-25 | Withdrawal - WRIGHT NATIONAL FLOOD | $713.00 | -$60.14 | |
| Dec-25 | Deposit | $1,112.81 | $1,052.67 | |
| Jan-26 | Deposit | $1,112.81 | | |
| Jan-26 | Withdrawal - ASSURANT RENEWAL LPI | $6,424.00 | -$4,258.52 | |
| Feb-26 | Deposit | $1,112.81 | -$3,145.71 | |
| Mar-26 | Deposit | $1,112.81 | -$2,032.90 | |
| | | Estimated Activity | Original Estimated Balance | ACTUAL Balance |
| | **Total Estimated Deposits** | $13,353.72 | | |
| | **Total Estimated Withdrawals** | $13,353.77 | | |
| | **Estimated Account Balance as of Mar-26** | | -$2,032.90 | |



0000001 1824 250109 Page 2 of 4   00266

**This Page Intentionally Left Blank**



# Cómo leer su

## Estado de cuenta de reserva (Escrow)

**Nueva cantidad de pago mensual de hipoteca**
Muestra la nueva cantidad de su pago mensual de hipoteca.

**Desglose de la cuenta de reserva (Escrow) anual**
Muestra los gastos anuales de su cuenta de reserva (Escrow) que originalmente se estimaron pagar comparado(s) con lo que estimamos pagar. El déficit ocurre cuando los impuestos y/o seguros fueron mayores de lo estimado.

**Desglose del pago mensual**
Muestra la ditribución de su pago mensual; el capital de la hipoteca, intereses y la cuenta de reserva (escrow). Además las cantidades de sus pagos actuales comparados con las nuevas cantidades a pagar.

**Opicones del déficit
 de su cuenta de reserva (escrow)**
Muestra sus opciones de pago del déficit.

**Cupón de pago opcional de la cuenta de reserva (escrow)**
Si su déficit es superior a $25, use este cupón si desea enviar por correo postal un pago total o parcial de su déficit en la cuenta de reserva (escrow). También puede pagar su déficit en **www.chase.com.**

**Actividad de su cuenta de reserva (escrow) durante el período de revisión**
Muestra la actividad estimada en su cuenta durante el período de revisión, comparada con la actividad real de su cuenta. Un déficit puede ocurrir si los pagos hechos de impuestos y/o de seguros son mayores de lo estimado.

**Actividad estimada de su cuenta de reserva (escrow) durante los próximos 12 meses**

Basado en la actividad real durante el periodo de revisión, esta sección proyecta la actividad para los próximos 12 meses.

El área resaltada muestra el punto más bajo de su saldo estimado. La cantidad del déficit es la diferencia entre su saldo más bajo estimado y su saldo mínimo requerido.



## Preguntas frecuentes

**¿Por qué recibo un análisis de la cuenta de reserva (Escrow)?**
Anualmente, realizamos un análisis de su cuenta de reserva (escrow) para informarle la cantidad de impuestos y/o de seguros que se pagaron con fondos de su cuenta de reserva (escrow) durante el último año . También incluimos lo estimado a pagar el próximo año.

**¿Cuál es el saldo mínimo requerido?**
Para la mayoría de las cuentas, el saldo mínimo requerido equivale a dos meses de pagos de la cuenta de reserva (escrow). Este saldo mínimo ayuda a cubrir cualquier incremento en sus impuestos y/o seguros a lo largo del próximo año.

**¿Por qué mi cuenta tiene un déficit?**
Calculamos su pago mensual de la cuenta de reserva (escrow) para el año basados en la información disponible sobre las cantidades adeudadas de impuestos y/o seguros en el momento en que se realiza su análisis.  El déficit cuando las cantidades a pagar de impuestos y/o seguros incrementan durante el año. Si nosotros pagamos una cantidad mayor por usted, esto puede generar un déficit porque estamos pagando más de lo que estimamos pagar.

**¿Qué debo hacer con respecto a este déficit?**
No necesita hacer nada, automáticamente distribuiremos el pago del déficit de manera equitativa entre los pagos de la cuenta de reserva (escrow) de la hipoteca de año siguiente.

**Tiene Usted además las siguientes opciones:**
- Puede pagar todo el déficit ahora.
- Puede pagar parte del déficit ahora.

Tenga en cuenta que su pago mensual de su cuenta de reserva (escrow) puede seguir aumentando, incluso si usted paga el total del déficit, si sus gastos de impuestos y/o de seguros han aumentado.

**¿Cómo afecta esto a mi arreglo Flex Pay?**
Si está inscrito en un producto Flex Pay, la nueva cantidad de pago que se va a debitar puede comenzar antes de la fecha de entrada en vigor del calendario que se indica en el análisis de su cuenta de reserva (escrow). Esto se espera y está relacionado con el programa y la frecuencia que ha seleccionado para que se debiten sus pagos automáticos.

**¿Dónde puedo obtener más información?**
- Para obtener respuestas a más preguntas y ver nuestro video informativo, visite **www.chase.com/Escrow**
- Para mantenerse informado sobre la actividad de su cuenta de reserva (escrow) a lo largo del año, regístrese para recibir alertas gratuitas de la cuenta de reserva (Escrow) en **www.chase.com/Alerts**

©2024 JPMorgan Chase & Co.                                    58699-SSH-0215

# CHASE 🟦

▼ Please detach and return the bottom portion of this statement with your payment, using the enclosed envelope. ▼

## CHASE 🟦

**ALFREDO LOPEZ**
**YANISLEIDY GARCIA**
Account Number
Statement Date                                01/09/2025
**Escrow Shortage**                          **$1,276.05**

CHASE
PO BOX 78420
PHOENIX AZ  85062-8420

### Optional escrow payment

My escrow account has a shortage of $1,276.05. This amount will be automatically spread over 12 months. I don't need to make a payment now. However, while I understand that no payment is due now, I would like to take action on this shortage to reduce my monthly payments and have enclosed a check for:

☐ **Option 1:** $1,276.05, the total shortage amount. My monthly mortgage payment will be adjusted to $2,011.84 starting 04/01/25 once this shortage payment is processed.

☐ **Option 2:** $ _____, part of the shortage. I understand that the rest of the shortage will be divided evenly and added to my mortgage payment each month.

**Please return this coupon with your check.** Make your check payable to Chase and please include your account number on your check.

0000001 1824 250109 Page 4 of 4   00266

**This Page Intentionally Left Blank**

Case 18-21590-CLC   Doc 134   Filed 02/13/25   Page 11 of 11