UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                  Case Number: 18-21590-CLC

Alfredo Lopez,                                          Chapter 13

      Debtor.
_____/

### TRUSTEE'S MOTION FOR AN ORDER TO SHOW CAUSE
### AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

COMES NOW, Nancy K. Neidich, Standing Chapter 13 Trustee, by and through undersigned counsel and moves this Honorable Court to enter an Order to Show Cause why Counsel for the Debtor should not be sanctioned for failing to file and serve a motion to determine final cure of mortgage payments and states:

    1. The Debtor's confirmed plan cures a default on a mortgage.

    2. All payments have been made under the confirmed plan.

    3. Pursuant to Local Form 90, counsel for the Debtor is required to file a motion to determine final cure of mortgage.

    4. The Counsel for the Debtor has failed to file the motion to determine final cure of mortgage.

**WHEREFORE,** for the above stated reasons, the Trustee respectfully requests this Honorable Court enter an Order to Show Cause why counsel for the Debtor should not be sanctioned for failure file the motion to determine final cure of mortgage and for any further relief as may be just and proper.

Respectfully submitted:
NANCY K. NEIDICH,
Standing Chapter 13 Trustee

By:    /s/ *Kenia Molina*
      KENIA MOLINA, ESQ.
      FLORIDA BAR NO: 0085156
      P.O. BOX 279806
      MIRAMAR, FL 33027
      (954) 443-4402

## CERTIFICATE OF SERVICE

I CERTIFY that the forgoing has been served by CMECF notices of electronic filing on Debtor's counsel on  9/29/2025

Respectfully submitted:
NANCY K. NEIDICH,
Standing Chapter 13 Trustee

By:    /s/ *Kenia Molina*
      KENIA MOLINA, ESQ.
      FLORIDA BAR NO: 0085156
      P.O. BOX 279806
      MIRAMAR, FL 33027
      (954) 443-4402

**OFFICE OF THE CHAPTER 13 STANDING TRUSTEE**
SOUTHERN DISTRICT OF FLORIDA

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806
TELEPHONE: (954) 443-4402
FACSIMILE: (954) 443-4452

August 20, 2025

TO: JOSE BLANCO, ESQUIRE
RE: ALFREDO LOPEZ

Case: 18-21590-BKC-CLC

Dear JOSE BLANCO, ESQUIRE

The Debtor(s) have completed his/her/their bankruptcy. The Trustee's audit for completion of this case determined that the plan provided for the curing of defaults on a claim secured by a security interest on real property.

According to the Bankruptcy Court's "Rights and Responsibility Agreement" (LF-90), the debtor's attorney is required to timely prepare, file, and serve a motion to determine final cure of mortgage payments. Under Local Rule 3070-1(E) and Fed. R. Bankr. P. 3002.1(f), instead of a motion, a debtor may file a Notice of Final Cure stating that the debtor has paid the amount required to cure the default. The debtor's statement must include a notice to the holder of the claim requiring the holder of the claim to file a statement within 21 days pursuant to Fed. R. Bankr. P. 3002.1(g). This notice must be served upon the holder of the claim and the Trustee.

If the holder of the claim files a statement agreeing that the debtor is current or fails to file a response within 21 days of the notice, the debtor must upload the local form order "Order Determining Debtor has Cured Default and Paid All Required Postpetition Amounts" (LF-81). If the holder of the claim files statement of additional amounts due, the debtor must file a motion within 21 days.

The Debtor is directed to either file a motion or statement wihtin 20 days of this notice and obtain an order determining that the debtor has cured the mortgage or the Trustee may file a motion for an Order to Show Cause for you to explain to the court why you have not performed all duties required by the LF-90.

Sincerely,

**OFFICE OF THE CHAPTER 13 STANDING TRUSTEE**
SOUTHERN DISTRICT OF FLORIDA

Closing Auditor

NANCY K. NEIDICH
Chapter 13 Standing Trustee
P. O. Box 279806
Miramar, FL 33027

US POSTAGE PITNEY BOWES

ZIP 33027 $ 000.74⁰
02 4W
0000355409 AUG 20 2025

RE: 18-21590-BKC-CLC
JOSE BLANCO, ESQUIRE
102 E 49TH ST
HIALEAH, FL 33013