UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-21590-CLC
CHAPTER 13

IN RE:

ALFREDO LOPEZ,

    Debtor
_____/

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION'S
RESPONSE TO DEBTOR'S MOTION TO DEEM MORTGAGE CURRENT (DE-143)**
*(RE: POC # 13 -- 3030 NW 90TH ST, MIAMI, FL 33147)*

**COMES NOW,** JPMorgan Chase Bank, National Association ("Secured Creditor") by and through its undersigned counsel, as and for its Response to Debtor's Motion to Deem Mortgage Current (DE-143) and states as follows:

1. The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on September 20, 2018.

2. Secured Creditor holds a security interest in the Debtor's real property located at **3030 NW 90TH ST, MIAMI, FL 33147** by virtue of a mortgage which is recorded in the public records of Miami-Dade County, Florida in O.R. Book 25583, at Page 008.

3. On November 26, 2018, Secured Creditor filed its Proof of Claim # 13 evidencing pre-petition arrears of $35,638.14, and a total secured claim of $185,370.16, (the "Claim").

4. The Debtor's confirmed 1st Modified Chapter 13 Plan (DE-94) proposed to cure and maintain Secured Creditor's Claim.

5. Thereafter, on October 24, 2025, the Debtor filed a Motion to Deem Mortgage Current (DE-143), which motion, *inter alia*, seeks entry of an order deeming the subject mortgage loan current upon completion of Debtor's Plan (the "Motion").

6. Secured Creditor does not oppose the Motion.

7. Additionally, Secured Creditor's records reflect that, as of October 28, 2025, the Debtor's account has been paid in full.

**WHEREFORE**, Secured Creditor respectfully requests that the Court grant the Debtor's Motion, and for such other and further relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A).

**DATED** this 28th day of October 2025.

Respectfully Submitted,

**Kahane & Associates, P.A.**
1619 NW 136th Avenue, Suite D-220
Sunrise, Florida 33323
Telephone: (954) 382-3486
Telefacsimile: (954) 382-5380

By:_____
√ Marc G. Granger, Esq., Fla. Bar No.: 146870

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed and/or mailed by US Mail to all parties listed below this <u>28th</u> day of October 2025.

Alfredo Lopez
3030 NW 90th St
Miami, Florida 33147

Jose A Blanco, Esq.
Jose A. Blanco, P.A.
Attorney for Debtor
102 E 49th St
Hialeah, FL 33013

Nancy K. Neidich, Trustee
POB 279806
Miramar, Florida 33027

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL  33130

 

**Kahane & Associates, P.A.**
1619 NW 136th Avenue, Suite D-220
Sunrise, Florida 33323
Telephone:  (954) 382-3486
Telefacsimile: (954) 382-5380

By:_____
√  Marc G. Granger, Esq., Fla. Bar No.: 146870