**Fill in this information to identify the case:**

Debtor 1: Alfredo Lopez

Debtor 2 (Spouse, if filing): ___

United States Bankruptcy Court for the: Southern District of Florida (Miami)

Case number: 18-21590

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** JPMorgan Chase Bank, National Association

**Court claim no.** (if known): 13

**Date of payment change:**
Must be at least 21 days after date of this notice: 12/01/2019

**New total payment:**
Principal, interest, and escrow, if any: $1671.27

**Last 4 digits** of any number you use to identify the debtor's account: 2 0 8 8

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $925.53        New escrow payment: $772.24

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $_____        New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   Current mortgage payment: $_____        New mortgage payment: $_____

# Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Bubba Fangman                                    Date  11/04/2019
   Signature

Print: Bubba Fangman                                  Vice President
       First Name    Middle Name    Last Name          Title

Company  JPMorgan Chase Bank, N.A.

Address  Chase Records Center Attn: Correspondence Mail
         Number          Street
         700 Kansas Lane, Mail Code LA4-5555
         Address 2
         Monroe                          LA       71203
         City                            State    ZIP Code

Contact phone  866-243-5851              PCN_Escalations@chase.com
                                         Email

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida (Miami)

Chapter 13  No. 18-21590
Judge: A. Jay Cristol

In re:

Alfredo Lopez

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before November 08, 2019 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

Debtor:   By U.S. Postal Service First Class Mail Postage Prepaid

Alfredo Lopez
3030 NW 90th Street

Miami FL 33147-3448

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

Debtor's Attorney:   By U.S. Postal Service First Class Mail Postage Prepaid

Robert Sanchez, Esq
Attorney
355 W 49 St.

Hialeah FL 33012

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

Trustee:   By U.S. Postal Service First Class Mail Postage Prepaid

Nancy K. Neidich
www.ch13miami.com
POB 279806

Miramar FL 33027

/s/Bubba Fangman
Vice President
JPMorgan Chase Bank, N.A.





| | |
|---|---|
| **Customer Service Center** | **1-800-848-9136** |
| Monday - Friday | 8 a.m. - 12 a.m.(ET) |
| Saturday | 8 a.m. - 8 p.m. (ET) |
| Hearing Impaired (TDD) | 1-800-582-0542 |

01757 ECA  Z 25319 C -   SSU
ALFREDO LOPEZ
YANISLEIDY GARCIA
3030 NW 90TH ST
MIAMI, FL    33147-3448

### Escrow: Taxes and Insurance Statement

| | |
|---|---|
| Loan Number | |
| Statement Date | 09/10/2019 |
| Review Period | 10/2018 to 11/2019 |
| **Escrow Surplus** | **$1,869.48** |

## Important Message

For more information about escrow, visit **chase.com/ManageMyMortgage.**

If you are in bankruptcy or have been given a discharge for your bankruptcy, this letter is for information only. This letter is not an attempt to collect a debt. It is not an attempt to collect, assess or recover all or part of the debt from you. If a bankruptcy trustee is making your payments for you, please give a copy of this statement to the trustee.

Your escrow shortage amount does not include any actual shortage that might have been included before you filed for bankruptcy.

Chase automatic mortgage payment customers: If your mortgage payment amount changes after an escrow analysis, we'll adjust your payment for you. **Other online bill payment service or military allotment customers:** If your mortgage payment changes after an escrow analysis, you will need to contact your financial services provider to adjust your payment.

### Monthly Home Loan Payment

| | Current Payment | New Payment Effective 12/01/2019 |
|---|---:|---:|
| Principal & Interest | $899.03 | $899.03 |
| Escrow Account Deposit | $925.53 | $772.24 |
| **Total Payment Amount** | **$1,824.56** | **$1,671.27** |

## Summary

**Your escrow surplus of $1,869.48 will stay in your account.**

Your escrow account statement shows $1,869.48 more than was needed to pay your taxes and/or insurance. Because you have one or more past-due payments, the surplus will remain in your escrow account. If you bring your account current within 30 days of this statement, we will review your escrow account again. Any surplus at that time will be returned to you. If you bring your account current after the 30 days, please contact the Customer Service Center to request a new escrow review. Your monthly payment will be $1,671.27 starting 12/01/19.

Keep this statement for your records.

## Balancing Your Escrow Account

There needs to be enough money in your escrow account to pay your property taxes and/or insurance. To do that, federal law allows us to require that you keep a minimum balance in your account. This cash reserve helps to cover any increase in taxes and/or insurance. However, the minimum balance requirement has been waived for your account.

The payments made to and from your escrow account last year help predict your account activity for next year. This year's activity also helps predict what your lowest account balance is likely to be.[1]

To balance your escrow account, we compare what your lowest account balance will likely be next year with your minimum required balance. The difference between those two numbers tells us if you need to pay a shortage or if there is a surplus in your account.

| | |
|---|---|
| $0.00 | Your minimum required balance |
| $-15,994.44 | Your estimated lowest account balance for 2020[1] |
| **$1,869.48** | **Your escrow account surplus** |

[1] See the "Estimated Escrow Account Activity" chart in this statement.

## Escrow Account History

The chart below compares this year's activity on your escrow account with our estimates. The estimated amounts came from your last escrow account review.

- Your most recent mortgage payment due was $1,824.56. Your mortgage payment includes principal and interest $899.03 and escrow money $925.53.
- At the time of your last escrow account review, your expected lowest balance was $0.00. The chart below shows that your actual lowest escrow balance was $-21,537.53.

Note: changes in property taxes or insurance premiums create the difference between the estimated and actual amounts in the chart. An "E" in the chart below means expected activity that hasn't occurred yet.

*Indicates a difference between the estimated and actual amounts.

### This Year: October 2018 to November 2019

| Date | Activity | Estimated Amount | Actual Amount | | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|---|
| | Starting Balance | | | | $4,404.32 | $-13,767.66 |
| 10/2018 | Deposit | $925.53 | $1,497.00 | * | | |
| | Withdrawal - FLOOD INS | | $459.00 | * | $5,329.85 | $-12,729.66 |
| 11/2018 | Deposit | $925.53 | $0.00 | * | | |
| | Withdrawal - COUNTY TAX | $4,931.44 | $5,226.87 | * | $1,323.94 | $-17,956.53 |
| 12/2018 | Deposit | $925.53 | $0.00 | * | $2,249.47 | $-17,956.53 |
| 01/2019 | Deposit | $925.53 | $0.00 | * | | |
| | Withdrawal - HOMEOWNER IN | $3,175.00 | $3,581.00 | * | $0.00 | $-21,537.53 |
| 02/2019 | Deposit | $925.53 | $0.00 | * | $925.53 | $-21,537.53 |
| 03/2019 | Deposit | $925.53 | $0.00 | * | $1,851.06 | $-21,537.53 |
| 04/2019 | Deposit | $925.53 | $0.00 | * | $2,776.59 | $-21,537.53 |
| 05/2019 | Deposit | $925.53 | $0.00 | * | | |
| | Withdrawal - FLOOD INS | $3,000.00 | $0.00 | * | $702.12 | $-21,537.53 |
| 06/2019 | Deposit | $925.53 | $0.00 | * | $1,627.65 | $-21,537.53 |
| 07/2019 | Deposit | $925.53 | $4,010.18 | * | $2,553.18 | $-17,527.35 |
| 08/2019 | Deposit | $925.53 | $925.53 | | $3,478.71 | $-16,601.82 |
| 09/2019 | Deposit | $925.53 | $6,478.71 | E | $4,404.24 | $-10,123.11 |
| 10/2019 | Deposit | | $925.53 | E | $4,404.24 | $-9,197.58 |

**(Continued)**



**Escrow: Taxes and Insurance Statement**

| | |
|---|---|
| Loan Number | |
| Statement Date | 09/10/2019 |
| Review Period | 10/2018 to 11/2019 |
| **Escrow Surplus** | **$1,869.48** |

01757 ECA  Z 25319 C -  SSU
ALFREDO LOPEZ
YANISLEIDY GARCIA
3030 NW 90TH ST
MIAMI, FL    33147-3448

### This Year: October 2018 to November 2019 (continued)

| Date | Activity | Estimated Amount | Actual Amount | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| 11/2019 | Deposit | | $925.53  E | | |
| | Withdrawal - COUNTY TAX | | $5,226.87  E | $4,404.24 | $-13,498.92 |
| 11/2019 | Withdrawal - FLOOD INS | | $459.00  E | $4,404.24 | $-13,957.92 |
| | Total Deposits | $11,106.36 | $14,762.48 | | |
| | Total Withdrawals | $11,106.44 | $14,952.74 | | |
| | Account Balance as of 11/2019 | | | | $-13,957.92 |

### Expected Escrow Account Activity

The chart below estimates your escrow account balance for the next 12 months with your new monthly escrow account deposit of $772.24 and any anticipated withdrawals. The chart shows that you will reach your estimated lowest account balance of $-15,994.44 in January 2020 (highlighted below). That is $1,869.48 more than your minimum required balance of $0.00.

### Next Year: December 2019 to November 2020

| Date | Activity | Estimated Amount | Actual Amount | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | | $-13,957.92 |
| 12/2019 | Deposit | $772.24 | | $-13,185.68 | |
| 01/2020 | Deposit | $772.24 | | | |
| | Withdrawal - HOMEOWNER IN | $3,581.00 | | $-15,994.44 | |
| 02/2020 | Deposit | $772.24 | | $-15,222.20 | |
| 03/2020 | Deposit | $772.24 | | $-14,449.96 | |
| 04/2020 | Deposit | $772.24 | | $-13,677.72 | |
| 05/2020 | Deposit | $772.24 | | $-12,905.48 | |
| 06/2020 | Deposit | $772.24 | | $-12,133.24 | |
| 07/2020 | Deposit | $772.24 | | $-11,361.00 | |
| 08/2020 | Deposit | $772.24 | | $-10,588.76 | |
| 09/2020 | Deposit | $772.24 | | $-9,816.52 | |
| 10/2020 | Deposit | $772.24 | | $-9,044.28 | |
| 11/2020 | Deposit | $772.24 | | | |
| | Withdrawal - COUNTY TAX | $5,226.87 | | $-13,498.91 | |
| 11/2020 | Withdrawal - FLOOD INS | $459.00 | | $-13,957.91 | |
| | Total Estimated Deposits | $9,266.88 | | | |
| | Total Estimated Withdrawals | $9,266.87 | | | |
| | Estimated Account Balance as of November 2020 | | | $-13,957.91 | |

### Expected Escrow Account Payments

This section reflects the escrow activity that is expected to occur in the next 12 months. The "Total Tax and Insurance Monthly Payment Amount" at the bottom of this chart is your new monthly escrow deposit, as listed on page 1 of this statement.

| Tax | | | Insurance | | |
|---|---|---|---|---|---|
| Item | Annual Expense | Anticipated Date(s) of Payment | Item | Annual Expense | Anticipated Date(s) of Payment |
| COUNTY TAX | $5,226.87 | November 20 | HOMEOWNER IN | $3,581.00 | January 20 |
| | | | FLOOD INS | $459.00 | November 20 |

**Total Tax and Insurance Monthly Payment Amount = $772.24**

**This Page Intentionally Left Blank**



GUÍA RÁPIDA PARA COMPRENDER SU

# Análisis de la cuenta de reserva (escrow) anual



**Pago mensual de hipoteca actual**

**Nuevo pago mensual de hipoteca**

**Resumen de la cuenta de reserva (escrow)**
Esta sección muestra que su cuenta de reserva (escrow) tiene un superávit.

**Cheque por superávit de la cuenta de reserva (escrow)**
Su cheque por superávit se adjunta al presente. Despréndalo y cóbrelo.

**Historial de la cuenta de reserva (escrow)**
Aquí se muestra la actividad de su cuenta de reserva (escrow) del año pasado, junto con la cantidad estimada de sus pagos.

**Actividad estimada para su cuenta de reserva (escrow) para el próximo año**
Calculamos un estimado de lo que sería el saldo de su cuenta de reserva (escrow) para el próximo año.

**Pago estimado de la cuenta de reserva (escrow) para el próximo año**
Estas son las cantidades de seguro o impuestos, o ambos que estimamos pagar durante los próximos 12 meses y cuándo estimamos pagarlos. Si cree que falta información o esta no es correcta, comuníquese con nosotros llamando al 1-800-848-9136.



## PREGUNTAS FRECUENTES

### ¿Por qué recibo un análisis de la cuenta de reserva (escrow)?

Realizamos un análisis de la cuenta de reserva (escrow) anualmente para que sepa la cantidad de impuestos o seguro, o ambos que pagamos en su nombre el año pasado con fondos de su cuenta de reserva (escrow). También incluimos la cantidad que estimamos pagar el próximo año.

### ¿Por qué mi cuenta tiene un superávit?

Ya que el saldo de su cuenta es mayor que el saldo mínimo requerido, le reembolsamos la diferencia. Si su reembolso es mayor a $50, su cheque se adjunta al presente. Si es menor a $50, acreditaremos su cuenta de reserva (escrow) con el superávit.

Calculamos su pago mensual de la cuenta de reserva (escrow) del próximo año según las cantidades de pago para impuestos o seguro, o ambos en el momento en que realizamos el análisis. Si sus impuestos o seguro, o ambos cambian, es posible que el pago de la cuenta de reserva (escrow) cambie, lo que originará un saldo insuficiente o superávit el próximo año.

### ¿Cuál es el saldo mínimo de la cuenta de reserva (escrow)?

Para la mayoría de las cuentas, el saldo mínimo requerido es igual a dos meses de pagos de la cuenta de reserva (escrow). El saldo mínimo permite cubrir cualquier incremento de los impuestos o seguro, o ambos durante el próximo año.

## RECURSOS DE LA CUENTA DE RESERVA (ESCROW)

- Consulte el análisis de la cuenta de reserva (escrow) anual por Internet para ver si su pago mensual de hipoteca cambiará por un aumento o disminución en sus impuestos sobre la propiedad o seguro, o ambos en **chase.com/EscrowAnalysis.**

- Para obtener respuestas a más preguntas y ver un video informativo, visite **chase.com/Escrow.**

- Para mantenerse informado sobre la actividad de su cuenta de reserva (escrow) durante todo el año, inscríbase y reciba alertas gratuitas en **chase.com/Alerts.**



©2015 JPMorgan Chase & Co.    58699-SSU-0215